**DRURY LEGAL, LLC**
Scott R. Drury (State Bar No. 355002)
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
E-Mail: scott@drurylegal.com

**ARISOHN LLC**
Joshua D. Arisohn (to be admitted *pro hac vice*)
94 Blakeslee Rd.
Litchfield, CT 06759
Telephone: (646) 837-7150
Email: josh@arisohnllc.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| COURTNEY COLE, individually and on behalf of all other persons similarly situated,<br><br>         Plaintiff,<br><br>   v.<br><br>LINKEDIN CORPORATION,<br><br>         Defendant. | Case No. 5:25-cv-01097-PCP<br><br>**DECLARATION OF JAE YOUNG BANG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**<br><br>Date: July 31, 2025<br>Time: 10:00 a.m.<br>Dept.: Courtroom 8, 4th Floor<br>Judge: Hon. P. Casey Pitts |

DECLARATION OF JAE YOUNG BANG
CASE NO. 5:25-CV-01097-PCP

I, Jae Young Bang, Ph.D., hereby declare as follows:

## I.    INTRODUCTION

1.    My name is Jae Young Bang. I have been retained as an expert in this case on behalf of the Plaintiff to provide my expert opinion regarding whether the "URL called" field shown in the user interface of the Meta Pixel Helper tool[1] displays "any URL information transferred to Meta" as portrayed in the Defendant LinkedIn Corporation's Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities document ("MTD") (ECF No. 26).

2.    I am being compensated for the time that I spend working on this case at my standard consulting rate of $500 per hour. My compensation does not depend on the outcome of this proceeding, and I have no personal or financial interest in the outcome of this litigation.

3.    I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion to Dismiss. I have expertise in the relevant matter set forth herein, and if called upon to testify as a witness thereto, could do so under oath.

## II.    BACKGROUND AND QUALIFICATIONS

4.    A detailed list of my qualifications is set forth in my curriculum vitae, attached hereto as Exhibit A, which includes, among other things, information about my prior publications, prior litigation, and deposition testimony. Some highlighted information regarding my education, technical experience, and publications is provided below.

5.    I received a Bachelor of Engineering in Computer Science from Soongsil University in Seoul, South Korea. I then attended graduate school at the University of Southern California ("USC") in Los Angeles, California, where I was an Annenberg Graduate Fellow. From USC, I received a Master of Science in 2010 and a Doctor of Philosophy in 2015, both in Computer Science. My research during the time I was at USC focused on the architectural design of software systems, with an emphasis on distributed software systems and mobile operating systems. My research was funded by government agencies and large companies such as the

---

[1] Pixel Helper, https://developers.facebook.com/docs/meta-pixel/support/pixel-helper/ (last visited on May 13, 2025).

National Science Foundation, Google, and Infosys. I presented my work at numerous conferences and in academic journals, industry magazines, and other publications.

6. I have delivered numerous invited lectures, seminars, and technology demonstrations related to software design and analysis for university courses, research symposia, conferences, workshops, and industry events in the field of computer science. I have also served as a reviewer or panelist for over a dozen computer science journals, magazines, and conferences.

7. I have several years of experience as a software engineer in the software industry at Kakao Corp., a leading social networking services company in South Korea. In that capacity, I designed and implemented the user identity and authentication platform for over 100 million users of Kakao's web and mobile services such as KakaoTalk the messaging app.

8. As Adjunct Faculty at the Viterbi School of Engineering, University of Southern California, I teach graduate-level software engineering classes. I regularly teach the Software Engineering course (CSCI-577a) and the Software Architectures course (CSCI-578). I also formerly taught the Software Design: Structure and Implementation course at the Donald Bren School of Information and Computer Sciences, University of California, Irvine.

9. I have several years of experience working as a software technology consultant, performing software analysis on behalf of clients. I have reverse-engineered and analyzed the hardware and software designs of a broad variety of complex, real-world systems. I have conducted many investigations for various companies of the design and implementation of these systems with respect to copyright infringement claims and other intellectual property considerations, such as patent infringement and trade secret theft.

10. I currently hold the title Software Technologies Consultant and Chief Executive Officer at Cyberonix Experts, LLC ("Cyberonix"). Cyberonix is a software analysis company located in Redondo Beach, California that provides software expert consulting services for software intellectual property litigation. In addition to providing software consulting services, as the CEO of the company, I make the day-to-day decisions of managing the consultancy business.

11. Within the broad field of computer science, my specific areas of expertise encompass software engineering, distributed systems, software architecture, software analysis,

DECLARATION OF JAE YOUNG BANG                                                                2
CASE NO. 5:25-CV-01097-PCP

computer programming, web and mobile application software, and Internet software. I have direct experience building and analyzing software applications and Internet services.

12.    Based on my background listed above, as well as detailed in my CV, I believe I am qualified to express expert opinions related to the software products and technologies relevant to this case.

## III.    TECHNICAL BACKGROUND

13.    The Meta Pixel (the "Pixel") is a piece of program code offered by Meta Platforms, Inc. ("Meta") that can be added to a website.[2] The Pixel "help[s] [a website operator] better understand the effectiveness of [the website operator's] advertising and the actions people take on [the] site, like **visiting a page** or adding an item to their cart."[3] (Emphasis added). By adding the Pixel to a website, the website operator can "learn about [the] website traffic" and "get rich insights about how people use [the] website."[4] The Pixel allows a website operator to track the activities of a user visiting the website.[5]

14.    The Pixel can be "installed" on a website, which means the Pixel code is inserted into the code of the website so that when a user visits the website using a web browser and the website is loaded onto the browser, the Pixel code is loaded onto the browser alongside.[6]

15.    The Pixel transmits various information to Meta's servers, as shown in Figure 1 below:

[2] Meta Pixel: Measure, Optimize & Retarget Ads on Facebook & Instagram | Meta for Business, https://www.facebook.com/business/tools/meta-pixel (last visited on May 13, 2025).
[3] *Id.*
[4] *Id.*
[5] Meta Pixel, https://developers.facebook.com/docs/meta-pixel/ (last visited on May 13, 2025).
[6] Set Up and Install the Meta Pixel | Meta Business Help Center, https://www.facebook.com/business/help/952192354843755?id=1205376682832142 (last visited on May 13, 2025).

The Meta Pixel can collect the following data:

- **Http Headers** – Anything that is generally present in HTTP headers, a standard web protocol sent between any browser request and any server on the internet. This information may include data like IP addresses, information about the web browser, page location, document, referrer and person using the website.
- **Pixel-specific Data** – Includes Pixel ID and the Facebook Cookie.
- **Button Click Data** – Includes any buttons clicked by site visitors, the labels of those buttons and any pages visited as a result of the button clicks.
- **Optional Values** – Developers and marketers can optionally choose to send additional information about the visit through Custom Data events. Example custom data events are conversion value, page type and more.
- **Form Field Names** – Includes website field names like `email`, `address`, `quantity`, etc., for when you purchase a product or service. We don't capture field values unless you include them as part of Advanced Matching or optional values.

**Figure 1.**        Different kinds of data that the Pixel collects.[7]

16.        One of the ways that the Pixel transmits data to Meta's servers is by sending a Hypertext Transfer Protocol ("HTTP") message to one of those servers via the Internet. Many software programs that exchange data via the Internet (including the Pixel) use HTTP messages to do so. The Hypertext Transfer Protocol is a request/response protocol used by Internet application software to exchange messages. For example, the Pixel can have an HTTP message sent, as a part of the process of collecting data, to one of Meta's servers whose address (denoted by a Uniform Resource Locator—"URL") usually begins with "https://www.facebook.com/tr."

17.        The Meta Pixel Helper (the "Pixel Helper") is "a Chrome Browser extension that runs in the background to automatically reviews [sic] websites for Meta Pixel code."[8] Chrome is a web browser by Google, and one of its features is to provide a way to extend its functionalities by plugging in software called an "extension." When the Pixel Helper is installed on Chrome, an icon for the Pixel Helper is displayed in the upper right corner of the browser window. The icon may be clicked when a user visits a website that has one or more Pixels installed. Clicking the icon then shows a popup window that contains information about the Pixel(s). For example, according to the MTD, LinkedIn Corporation ("LinkedIn") provided a screenshot of the Pixel Helper window as it appeared when the Pixel Helper button was clicked while a user was visiting the LinkedIn "Nano Tips" webpage (https://www.linkedin.com/learning/nano-tips-for-negotiating-your-salary-with-

---

[7] Meta Pixel, https://developers.facebook.com/docs/meta-pixel/ (last visited on May 13, 2025).
[8] Pixel Helper – Meta Pixel, https://developers.facebook.com/docs/meta-pixel/support/pixel-helper/ (last visited on May 15, 2025).

sho-dewan/what-recruiters-won-t-tell-you-about-your-salary) (reproduced below for readability). The Pixel Helper screenshot (Figure 2, below) shows: (1) information about the Pixel on the website, *e.g.*, one Pixel was found; (2) the hostname of the page was www.linkedin.com; and (3) other information about the Pixel found on the page:



Figure 2.    An example screenshot of the Pixel Helper window.[9]

18.    The Pixel can also be configured to share data with third parties, such as Adobe Inc. ("Adobe").[10] I will further discuss this integration later in this declaration.

## IV.    THE "URL CALLED" FIELD AND ITS VALUE

19.    Among other items, the Pixel Helper shows a field labeled "URL called." According to LinkedIn, "the 'URL called' field . . . displays, as its name indicates, any URL information transferred to Meta." [11] That is inaccurate. The "URL called" field merely shows the

---

[9] MTD at 17.
[10] Facebook WCA Integration | Adobe Audience Manager, https://experienceleague.adobe.com/en/docs/audience-manager/user-guide/implementation-integration-guides/integrating-third-party/facebook-wca-integration (last visited on May 16, 2025).
[11] MTD at 16.

URL to which the Pixel transmits data. The name of the "URL called" field suggests that the value of it is a URL that is called, rather than "URL information transferred to Meta."

20. As discussed above, the Pixel can send data to Meta's servers via an HTTP message. The URL in the "URL called" field in the Pixel Helper window is the address to which that HTTP message is transmitted. For example, Figure 3, below, is a screenshot from a private test I conducted[12] that captured what network transmissions occurred when I visited a website with the Pixel (in this case, a web page of Meta's that describes the Pixel).[13] The bottom of the screenshot is the Network tab of Chrome's developer tool that displays the captured network transmissions. During the test, I visited the said web page from the Chrome web browser with the Pixel Helper installed. An HTTP message was transmitted to one of Meta's servers. The URL to which the HTTP message was transmitted matched the URL shown in the "URL called" field in the popup window of the Pixel Helper. This testing confirmed that the "URL called" field in the Pixel Helper window shows the URL on Meta's servers to which an HTTP message is transmitted.

---

[12] Hardware: Apple Mac Studio (2023; M2 Max). Software: macOS Sequoia 15.4.1, Chrome 136.0.7103.93 (Official Build) (arm64), Meta Pixel Helper 3.0.7.

[13] Meta Pixel: Measure, Optimize & Retarget Ads on Facebook & Instagram | Meta for Business, https://www.facebook.com/business/tools/meta-pixel (last visited on May 14, 2025).

DECLARATION OF JAE YOUNG BANG                                                          6
CASE NO. 5:25-CV-01097-PCP



**Figure 3.**     A screenshot of the Chrome web browser with the Pixel Helper installed. A user visits a web page with the Pixel. The "URL called" field shows a URL, and Chrome's developer tool that captures network transmissions shows that an HTTP message was transmitted to the same URL shown in the "URL called" field.

21.     Notably, it is possible to carry data within a URL in the form of a list of parameter name and value pairs following a question mark in the URL, called a "query."[14] By calling a URL

---

[14] RFC 3986 – Uniform Resource Identifier (URI): Generic Syntax, https://datatracker.ietf.org/doc/html/rfc3986#section-3 (last visited on May 13, 2025).

with a query, an HTTP message is transmitted to the address denoted by the URL, and in doing so, the data carried by the query of the URL is also passed to the recipient of the message. For example, the URL shown in the "URL called" field in Figure 2 above (reproduced below for readability) includes a query that carries parameters such as id, ev, cd[segID], and noscript.

- `https://www.facebook.com/tr/?`**`id`**`=136430647058082&`**`ev`**`=Adobe-Audience-Manager-Segment&`**`cd[segID]`**`=26876302&`**`noscript`**`=1` (emphasis added).

22.     It is important to note, however, that the kinds of data that Meta specifies that the Pixel collects (*see* Figure 1, above) include more than what a URL query may carry. For example, the Pixel can collect data from HTTP headers. An HTTP header is a part of an HTTP message that "let[s] the client and the server pass additional information with a message in a request or response,"[15] and it contains data that a URL query does not carry such as the "referer" (typo in the HTTP standard) information that shows the address from where the HTTP message was transmitted.[16] The "referer" value in the HTTP header indicates the address of the referring page from which people are visiting.[17] When the Pixel transmits an HTTP message, the "referer" value is commonly at least a part of the URL of the page where the Pixel is installed because that is the URL of the page before the HTTP message—the *referring* page. Further, the Pixel can collect data from various Facebook cookies. An HTTP cookie is a small piece of data that a browser stores and sends to a server as a part of an HTTP message. For example, Meta uses the "c_user" cookie to authenticate a user, *i.e.*, checking if the origin of an incoming HTTP message matches a certain user.[18] Similarly, it contains data that a URL query does not carry.[19] In other words, the URL

---

[15] HTTP headers – HTTP | MDN, https://developer.mozilla.org/en-US/docs/Web/HTTP/Reference/Headers (last visited on May 13, 2025).
[16] Referer – HTTP | MDN, https://developer.mozilla.org/en-US/docs/Web/HTTP/Reference/Headers/Referer (last visited on May 14, 2025).
[17] *Id.*
[18] Meta Cookies Policy, https://www.facebook.com/privacy/policies/cookies/?annotations[0]=explanation%2F1_common_cookies_and_uses (last visited on May 19, 2025).
[19] Meta describes on their website for what purposes they use cookies: https://www.facebook.com/privacy/policies/cookies (last visited on May 14, 2025).

DECLARATION OF JAE YOUNG BANG                                                                        8
CASE NO. 5:25-CV-01097-PCP

shown in the "URL called" field may contain a query that carries some data transmitted to Meta, but it does not show the full suite of data that the Pixel collects and provides to Meta.

23.    Accordingly, the "URL called" field does not represent the totality of data sent to Meta (or Adobe). It merely shows the URL to which the Pixel transmitted data. As such, LinkedIn's statement that the "URL called" field shows "any URL information transferred to Meta" is incorrect. While the Pixel may use the query of the URL to transmit some data, that is not the only way the Pixel collects and transmits data. Here, the fact that the URL in the "URL called" field in the Pixel Helper screenshot (*see*, Figure 2) did not contain the URL for the "Nano Tips" video does not mean that the Pixel did not collect that URL information and send it to Meta and/or Adobe. In other words, the "URL called" field does not show any data from the website that Meta and/or Adobe may have collected or received through other methods than the query of the call.

## V.    THE ADOBE AUDIENCE MANAGER AND META PIXEL INTEGRATION

24.    In this section, I will discuss a behavior I observed in a private test conducted on May 16, 2025 with regards to the Adobe Audience Manager[20] (Adobe's data collection and management platform) as it is embedded in one of LinkedIn's Nano Tips pages.[21] In this private test, I used a Windows 11 device (Lenovo X1 Carbon Gen 13 / Intel Core Ultra 7 258V / 32GB of memory) and Chrome Version 136.0.7103.114 (Official Build) (64-bit). I conducted the experiment in my office in California. In any case, I believe the kind of hardware and software used in the experiment or the venue of the experiment would have minimal impact on the result of the experiment.

25.    Adobe provides a mechanism to integrate Adobe Audience Manager with Meta's Facebook Website Custom Audiences feature for the purposes of sending Audience Manager

---

[20] Adobe Audience manager – Data Management Platform, https://business.adobe.com/products/audience-manager/adobe-audience-manager.html (last visited on May 16, 2025).

[21] Nano Tips for Negotiating Your Salary with Sho Dewan Online Class | LinkedIn Learning, https://www.linkedin.com/learning/nano-tips-for-negotiating-your-salary-with-sho-dewan (last visited on May 16, 2025).

audience information to Meta.[22] Meta describes the custom audience feature as a feature that can be used to understand who visits which specific web pages of a website.[23] Adobe provides an instruction for a website to embed the Audience Manager and its code (*e.g.*, Audience Manager Data Integration Library ("DIL"), which is a piece of code embedded into the website similar to the way the Pixel would be) into a website so the code can "fire" (*i.e.*, call) a message to a Meta server as if it were the Pixel with the necessary information (a certain list of parameters) for the integration. In the instructions, Adobe provides an example URL to which the code would fire such a message (reproduced here for readability):[24]

- `https://www.facebook.com/tr/?`**`id`**`=6876666666662303&`**`ev`**`=Adobe-Audience-Manager-Segment&`**`cd[segID]`**`=3401321,2993399,3263410&`**`noscript`**`=1`
  (emphasis added).

26.    Notably, the list of parameters shown in this URL matches the list of parameters in the URL shown in the "URL called" field in Figure 2, above – including the "`ev`" parameter that has the identical value "`Adobe-Audience-Manager-Segment`" – which is an indication that this Adobe-Meta data integration was likely enabled on LinkedIn's Nano Tips page at the time the screenshot shown in Figure 2 was captured. The Pixel would normally not include these particular set of parameters, especially the "`ev`" parameter with the value "`Adobe-Audience-Manager-Segment`," if this Adobe-Meta data integration were not enabled for the Nano Tips page.

27.    During the private test, I observed a network communication between the Nano Tips page and a server at "sc.omtrdc.net," which included: (1) the Nano Tips page's URL in the communication's request payload (sent from the Nano Tips page to the server); and (2) a Pixel URL with the parameters for the Adobe-Meta integration in the response (from the server back to

---

[22] Facebook WCA Integration | Adobe Audience Manager, https://experienceleague.adobe.com/en/docs/audience-manager/user-guide/implementation-integration-guides/integrating-third-party/facebook-wca-integration (last visited on May 16, 2025.)
[23] Options to Create a Website Custom Audience | Meta Business Help Center, https://www.facebook.com/business/help/2539962959620307 (last visited on May 16, 2025).
[24] *Id.*

the Nano Tips page). It is important to note that the domain name "sc.omtrdc.net" is the one that Adobe uses for its servers that collect data from websites—this is called the "trackingServer."[25]

28.    Via this network communication, the URL of the Nano Tips page was transmitted to Adobe. Figures 4 and 5, below, are screenshots I took of the Network tab of the Chrome developer tool during the test. Figure 4 is a screenshot that shows the URL of the request ("Request URL"), and Figure 5 is a screenshot that shows the payload of the request that contains the URL-encoded URL of the webpage, https://www.linkedin.com/learning/nano-tips-for-negotiating-your-salary-with-sho-dewan.[26] The information shown in Figures 4 and 5 is an indication that the page's URL was transmitted to "sc.omtrdc.net," *i.e.*, the trackingServer of Adobe. The payload data is as follows (parameters with any whole or partial page URL are emphasized):

- `AQB=1&ndh=1&pf=1&et=1&t=16%2F4%2F2025%2014%3A56%3A31%205%20420&d.&nsid=0&jsonv=1&.d&sdid=4B0C21E8B6A307CD-478119AE062AFB71&mid=914581605665293783337832830451875393 34&aamlh=9&ce=UTF-8&ns=14215E3D5995C57C0A495C55&cl=15552000&`**`pageName=www.linkedin.com%2Flearning%2Fnano-tips-for-negotiating-your-salary-with-sho-dewan`**`&`**`g=https%3A%2F%2Fwww.linkedin.com%2Flearning%2Fnano-tips-for-negotiating-your-salary-with-sho-dewan`**`&cc=USD&aamb=6G1ynYcLPuiQxYZrsz_pkqfLG9yMXBpb2zX5dvJdYQJzPXImdj0y&`**`c2=www.linkedin.com%2Flearning%2Fnano-tips-for-negotiating-your-salary-with-sho-dewan`**`&`**`v2=www.linkedin.com%2Flearning%2Fnano-tips-for-negotiating-your-salary-with-sho-dewan`**`&`**`c3=https%3A%2F%2`**

---

[25] trackingServer | Adobe Analytics, https://experienceleague.adobe.com/en/docs/analytics/implementation/vars/config-vars/trackingserver (last visited on May 16, 2025); How Do I Use an Analytics Tracking server? | Adobe Analytics, https://experienceleague.adobe.com/en/docs/target/using/integrate/a4t/analytics-tracking-server (last visited on May 16, 2025); How to identify your analytics tracking server and report suite ID | Adobe Analytics, https://experienceleague.adobe.com/en/docs/analytics-learn/tutorials/implementation/implementation-basics/how-to-identify-your-analytics-tracking-server-and-report-suites (last visited on May 16, 2025).

[26] In a URL-encoded URL, some letters and symbols are replaced – *e.g.*, ":" is replaced with "%3A," and "/" is replaced with "%2F."

**Fwww.linkedin.com%2Flearning%2Fnano-tips-for-negotiating-your-salary-with-sho-dewan**&**v3=https%3A%2F%2Fwww.linkedin.com%2Flearning%2Fnano-tips-for-negotiating-your-salary-with-sho-dewan**&**c4=www.linkedin.com%2Flearning%2Fnano-tips-for-negotiating-your-salary-with-sho-dewan**&**v4=www.linkedin.com%2Flearning%2Fnano-tips-for-negotiating-your-salary-with-sho-dewan**&c5=d_learning_course_guest_jsbeacon&v5=d_learning_course_guest_jsbeacon&c7=learning-guest-frontend&v7=learning-guest-frontend&c8=D%3Dmid&v8=D%3Dmid&c10=logged%20out&v10=logged%20out&**c20=%2Flearning%2Fnano-tips-for-negotiating-your-salary-with-sho-dewan**&**v20=%2Flearning%2Fnano-tips-for-negotiating-your-salary-with-sho-dewan**&v27=0.45&v28=6%25&c30=ut4.51.202505070014&v30=ut4.51.202505070014&c31=yes&v31=yes&c32=no&v32=no&c34=Global%20English&v34=Global%20English&c52=false&c53=Mozilla%2F5.0%20%28Windows%20NT%2010.0%3B%20Win64%3B%20x64%29%20AppleWebKit%2F537.36%20%28KHTML%2C%20like%20Gecko%29%20Chrome%2F136.0.0.0%20Safari%2F537.36&v53=Mozilla%2F5.0%20%28Windows%20NT%2010.0%3B%20Win64%3B%20x64%29%20AppleWebKit%2F537.36%20%28KHTML%2C%20like%20Gecko%29%20Chrome%2F136.0.0.0%20Safari%2F537.36&c55=control&v55=control&s=1440x900&c=30&j=1.6&v=N&k=Y&bw=1440&bh=184&mcorgid=14215E3D5995C57C0A495C55%40AdobeOrg&AQE=1

(emphasis added).



**Figure 4.**     The captured HTTP message from the Nano Tips page to "sc.omtrdc.net." That domain is used by Adobe for data collection.

**Figure 5.**     The captured HTTP message includes in its payload the URL of the Nano Tips page, sent to Adobe's trackingServer.

DECLARATION OF JAE YOUNG BANG                                                           13
CASE NO. 5:25-CV-01097-PCP

29.    Furthermore, via this network communication, at least a part of the said Adobe-Meta integration was performed. Figures 6 and 7, below, are screenshots I took of the Network tab of the Chrome developer tool during the test. Figure 6 is a screenshot that shows the response from the Adobe trackingServer for the request shown in Figures 4 and 5, containing the Pixel URL, which begins with "https://facebook.com/tr." Figure 7 is a screenshot that shows a follow-up HTTP message that was fired (or "called") to the Pixel URL. This URL contains the parameters such as identifiers for the Adobe-Meta integration as described in the Adobe Audience Manager page.[27] It is an indication that Adobe shared identifiers with Meta in order for the integration to work.

---

[27] Facebook WCA Integration | Adobe Audience Manager, https://experienceleague.adobe.com/en/docs/audience-manager/user-guide/implementation-integration-guides/integrating-third-party/facebook-wca-integration (last visited on May 16, 2025).

DECLARATION OF JAE YOUNG BANG                                                                14
CASE NO. 5:25-CV-01097-PCP



**Figure 6.** The trackingServer responded to the captured HTTP message with a URL that can be fired to a Meta server for the Adobe-Meta data integration.

**Figure 7.** A Pixel message was fired (or "called") to the same URL received from the Adobe trackingServer.

30.     This further confirms that the URL called by the Pixel, which appears in the "URL called" field of the Pixel Helper, does not represent the totality of the data shared with Meta.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 20, 2025, in Redondo Beach, California.

Dated: May 20, 2025

_____

Jae Young Bang, Ph.D.