KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
NIALL M. FRIZZELL - # 311929
nfrizzell@keker.com
RAISA M. CRAMER - # 342390
rcramer@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant LINKEDIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COURTNEY COLE, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 5:25-cv-01097-PCP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT LINKEDIN CORPORATION'S MOTION TO DISMISS**<br><br>Judge:     Hon. Casey Pitts<br><br>Date Filed: February 3, 2025 |

Pursuant to Civil Local Rule 7-12, Plaintiff Courtney Cole ("Plaintiff") and Defendant LinkedIn Corporation ("LinkedIn") (collectively "the Parties") hereby agree and jointly stipulate as follows:

**WHEREAS**, on April 7, 2025, pursuant to the Parties' stipulation, LinkedIn's motion to dismiss was set for a hearing on July 17, 2025 at 10 a.m.;

**WHEREAS**, on May 9, 2025, the Court reset LinkedIn's motion to dismiss for July 31, 2025, at 10 a.m., Dkt. 31;

**WHEREAS**, counsel for LinkedIn have preexisting commitments that conflict with the July 31 hearing date;

**WHEREAS**, the Parties have conferred on their schedules and agree that, subject to the Court's availability, the next mutually acceptable hearing date would be September 4, 2025, at 10 a.m.; and

**WHEREAS**, the Parties do not seek to modify any other dates related to LinkedIn's Motion to Dismiss, and continuing the hearing on LinkedIn's motion to dismiss will not alter the date of any other event or deadline fixed by court order;

**NOW, THEREFORE**, the Parties agree and jointly stipulate, subject to the Court's availability and approval, that the hearing on LinkedIn's motion to dismiss is continued to September 4, 2025 at 10 a.m.

Dated:  June 6, 2025                                    KEKER, VAN NEST & PETERS LLP

                                                        By:  */s/ Benjamin Berkowitz*
                                                              BENJAMIN BERKOWITZ

                                                        Attorneys for Defendant LINKEDIN CORPORATION

Dated:  June 6, 2025                                          DRURY LEGAL, LLC

                                             By:   */s/ Scott R. Drury*
                                                   SCOTT R. DRURY

                                             Attorneys for Plaintiff COURTNEY COLE


### **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  June 6, 2025

                                             By:   */s/ Benjamin Berkowitz*
                                                   BENJAMIN BERKOWITZ

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                                                           Hon. P. Casey Pitts
United States District Judge