**DRURY LEGAL, LLC**
Scott R. Drury (State Bar No. 355002)
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
E-Mail: scott@drurylegal.com

**ARISOHN LLC**
Joshua D. Arisohn (to be admitted *pro hac vice*)
94 Blakeslee Rd.
Litchfield, CT 06759
Telephone: (646) 837-7150
Email: josh@arisohnllc.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COURTNEY COLE, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 5:25-cv-01097-PCP<br><br>~~**[PROPOSED]**~~ **ORDER RE: PLAINTIFF'S ADMINISTRATIVE MOTION FOR PRESERVATION ORDER, AS MODIFIED**<br><br>Judge: Hon. P. Casey Pitts<br><br>Date Filed: February 3, 2025 |

**~~[PROPOSED]~~ ORDER**

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Administration Motion for Limited Early Discovery is granted.

2. Meta Platforms, Inc. ("Meta") is directed to preserve all data in its possession, custody or control received from the LinkedIn Learning platform of Defendant LinkedIn Corporation ("Defendant"), including but not limited to data associated with: (a) the following Pixel ID: 136430647058082; and (b) any other Pixel IDs integrated, installed and/or embedded within the LinkedIn Learning platform.

3. Adobe Inc. ("Adobe") is directed to preserve all data in its possession, custody or control received from Defendant's LinkedIn Learning platform, including but not limited to data associated with: (a) the following Adobe Audience Manager Segment IDs, also known as a "segIDs": 26876302 and 15841815; and (b) any other Adobe Audience Manager Segment IDs integrated, installed and/or embedded within the Linked Learning platform.

~~4. To the extent Meta requires information from Defendant (*e.g.*, information Plaintiff does not possess) in order to comply with this Order, within fourteen days of receiving this Order, Meta shall inform counsel for Plaintiff and Defendant, whose contact information shall be disclosed to Meta in connection with this Order, of the information that Meta requires. Defendant shall then provide the required information to Meta within five days of receiving the request. Contemporaneously with complying with Meta's request, Defendant shall provide a certification to Plaintiff's counsel that it has complied with the request.~~

~~5. To the extent Adobe requires information from Defendant in order to comply with this Order, within fourteen days of receiving this Order, Adobe shall inform counsel for Plaintiff and Defendant, whose contact information shall be disclosed to Adobe in connection with this Order, of the information that Adobe requires. Defendant shall then provide the required information to Adobe within five days of receiving the request. Contemporaneously with complying with Adobe's request, Defendant shall provide a certification to Plaintiff's counsel that it has complied with the request.~~

**IT IS SO ORDERED:**

Dated: September 2, 2025 By: ______________________

Hon. P. Casey Pitts
United States District Judge