| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| 2 | BENJAMIN BERKOWITZ - # 244441<br>bberkowitz@keker.com |
| 3 | MATAN SHACHAM - # 262348<br>mshacham@keker.com |
| 4 | CHRISTINA LEE - # 314339<br>clee@keker.com |
| 5 | NIALL M. FRIZZELL - # 311929<br>nfrizzell@keker.com |
| 6 | RAISA M. CRAMER - #<br>rcramer@keker.com |
| 7 | 633 Battery Street<br>San Francisco, CA 94111-1809 |
| 8 | Telephone:   415 391 5400<br>Facsimile:    415 397 7188 |
| 9 | Attorneys for Defendant<br>LINKEDIN CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COURTNEY COLE individually and on behalf of all other persons similarly situated,<br><br>Respondent,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 5:25-cv-01097-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, AS MODIFIED**<br><br>Dept.:    Courtroom 8, 4th Floor<br>Judge:    Hon. P. Casey Pitts<br><br>Date Filed: February 3, 2025<br><br>Trial Date: Not Yet Set |

1  Pursuant to Civil Local Rule 6-2, Plaintiff Courtney Cole ("Plaintiff") and Defendant
2  LinkedIn Corporation ("LinkedIn") (collectively "the Parties") hereby agree and jointly stipulate
3  as follows:
4  **WHEREAS**, Plaintiff filed the above-captioned case on February 3, 2025;
5  **WHEREAS**, LinkedIn filed a motion to dismiss that, if granted, would be dispositive of
6  the entire case;
7  **WHEREAS**, the Court heard argument on LinkedIn's motion to dismiss on September 4,
8  2025;
9  **WHEREAS**, the case management conference is currently scheduled for October 16,
10 2025, with related deadlines as follows: Rule 26(f) conference due by September 25, 2025; joint
11 case management statement due by October 2, 2025; and initial disclosures due by October 9,
12 2025;
13 **WHEREAS**, the Court's Standing Order for Civil Cases permits parties to "stipulate to
14 hold the initial CMC 60 days or more after the hearing" when "a pending motion to dismiss is
15 dispositive of an entire case";
16 **WHEREAS**, counsel for both Parties have met and conferred and agree that postponing
17 the case management conference and related deadlines would promote efficiency and conserve
18 judicial and party resources pending resolution of LinkedIn's dispositive motion;
19 **NOW, THEREFORE**, the Parties agree and jointly stipulate, as follows:
20      1.   The initial case management conference currently scheduled for October 16, 2025,
21 shall be continued to November ~~13~~ 20, 2025, at 1:00 p.m.
22      2.   The Parties shall hold the Rule 26(f) conference by October 23, 2025.
23      3.   The Parties shall submit their joint case management statement by ~~October 30~~ November 13,
24 2025.
25      4.   The Parties shall serve initial disclosures by November 6, 2025.
26
27
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 5:25-cv-01097-PCP
3098279

Dated: September 12, 2025                                KEKER, VAN NEST & PETERS LLP

                                                    By:  */s/ Niall M. Frizzell*
                                                         NIALL M. FRIZZELL

                                                         Attorneys for Defendant
                                                         LINKEDIN CORPORATION

Dated: September 12, 2025                                DRURY LEGAL, LLC

                                                    By:  */s/ Joshua D. Arisohn*
                                                         JOSHUA D. ARISOHN

                                                         Attorneys for Plaintiff COURTNEY COLE

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: September 12, 2025

                                                    By:  */s/ Niall M. Frizzell*
                                                         NIALL M. FRIZZELL

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  Dated: September 15, 2025            By: _____

5                                              Hon. P. Casey Pitts
                                               United States District Judge