1  **DRURY LEGAL, LLC**
Scott R. Drury (State Bar No. 355002)
2  6 Carriage Lane
Highwood, Illinois 60040
3  Telephone: (312) 358-8225
E-Mail: scott@drurylegal.com

4  **ARISOHN LLC**
Joshua D. Arisohn (*pro hac vice*)
5  94 Blakeslee Rd.
Litchfield, CT 06759
6  Telephone: (646) 837-7150
Email: josh@arisohnllc.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| COURTNEY COLE, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | CASE NO.  5:25-CV-01097-PCP<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Courtney Cole hereby dismisses, without prejudice to herself and other members of the putative class, all claims against Defendant LinkedIn Corporation.

Dated: November 4, 2025

**ARISOHN LLC**

By:   /s/ *Joshua D. Arisohn*
        Joshua D. Arisohn

Joshua D. Arisohn  (admitted *pro hac vice*)
94 Blakeslee Rd.
Litchfield, CT 06759
Telephone: (646) 837-7150
E-Mail: josh@arisohnllc.com

**DRURY LEGAL, LLC**
Scott R. Drury (State Bar No. 355002)
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
E-Mail: scott@drurylegal.com

**KINGFISHER LAW APC**
Nithin Kumar
P.O. Box 492415
Los Angeles, CA 90049-9998
Telephone: 408-930-3580
E-Mail: nithin@kingfisherlawapc.com

*Attorneys for Plaintiff*